B10

Name: DONALD RAY PIERRE

Address: 324 S. DIAMOND BAR BLVD.
#274

DIAMOND BAR, CALIF. 91765

Phone: (909)957-8361

email:donaldpierresr7@gmail.com
Fax:

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT

AUG 3 - 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DONALD RAY PIERRE

                                        Plaintiff

v.

MARCIA BREWER, DOES 1-25
                Inclusive

                            Defendant(s).

CASE NUMBER:

EDCV23- 1543-CBM (SPx)

To be supplied by the Clerk of
The United States District Court

CV-126 (09/09)                PLEADING PAGE FOR A COMPLAINT

DONALD RAY PIERRE
324 S. DIAMOND BAR BLVD. PMB #274
DIAMOND BAR, CA. 91765
PHONE NUMBER:(909)957-8361
E-email:donaldpierresr7@gmail.com

PLAINTIFF: IN PRO PER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DONALD RAY PIERRE           )        CASE NO:_____
    PLAINTIFF            )
                )        COMPLAINT FOR: US MAIL
                )        TAMPERING AND DELAYING,
    VS                  )        CONSPIRACY TO MISLEAD COURT
                )        OF LAW
                )
MARCIA BREWER               )
AN INDIVIDUAL, DOES 1-25)
 Inclusive                )        JURY TRIAL DEMANDED X YES
    DEFENDANT(s)         )                         ___NO
                )
_____)

I.JURISDICTION

1.This Court has jurisdiction under United States District Court, Central District of California.Plaintiff alleges on knowledge as to his own and on information and belief as to all other matters as follows;

  Plaintiff is informed and believe on such information believe alleges that at all times mentioned, Defendant Ms. Marcia Brewer resides in the County of Riverside, State of Calif.

II. VENUE

2.Venue is proper pursuant to State and Federal Civil Codes

III.PARTIES

3.Plaintiff's name is Donald Ray Pierre,presently homeless due to restricted former home address at 6 Stonegate Circle, Pomona, Calif. 91766.

4.Defendant is Marcia Brewer

IV.STATEMENT OF FACTS

(1)

CV-126 (09/09)          PLEADING PAGE FOR A COMPLAINT

Plaintiff alleges on knowledge as to his own and on information and belief as to all other matters as follows;

Plaintiff is informed and believes that such information and belief alleges that at all times mentioned, Defendant Marcia Brewer worked in the County of Los Angeles, State of California.

Plaintiff is informed and believes and such information alleges that at all times mentioned, Defendant Marcia Brewer is a Private Attorney.

Plaintiff is ignorant of the true names of Defendant DOES 1-25 inclusive and has therefore sued them by the above names which are fictitious. Plaintiff will amend this complaint by inserting true names in lieu of the fictitious names together with proper charging words when true names are ascertained. Plaintiff is informed and believes and thereon alleges that each of the defendants designated in this complaint as DOES is responsible and liable to Plaintiff in some manner for the events, happenings and contentions referred to in this complaint. All references in this complaint to defendant shall be deemed to include all DOES defendants.

Plaintiff is informed and believes and thereon alleges that each defendant including DOES were and are the agent, servant, member, co-conspirator,   co-subornator of perjury of each other defendant including DOES and all of the things alleged to have been done by the defendant were done in the course and scope of the agency, service or  representation relationship and with the knowledge and consent of their respective principal, partners, members, associates or representatives.

The unlawful practice of an Officer of the Court complained of herein occurred in the County of Los Angeles in Judge Joseph Lipner's Courtroom. Plaintiff all times mentioned herein was a resident of the County of Los Angeles.

The Defendant's racist conspiratory, extortive, fraudulent and perjury behavior is unlawful and is a violation of Government Codes that prohibits this type behavior and violated the Constitutional Rights of the Plaintiff. THis unlawful behavior in a court of law that is not admonished makes the presiding judge and acessory before and after the facts.

(2)

TO  ENHANCE SPECIFICITY AND LESSEN REDUNDANCY DONALD RAY PIERRE WILL BE REFERRED TO AS PLAINTIFF AND MARCIA BREWER WILL BE REFERRED TO AS DEFENDANT.

This complaint is made on the grounds that all the action and behavior of the Defendant is true upon which the Summon and Complaint was based and made in a Judicial and Non-judicial settings with fabricated evidence and unlawful behavior by the Defendant and subsequently presented to the Court, Family Court Department 83. That subject the Plaintiff to Socio-economic hardship , danger, violence, death and disability. The Defendant was and still involved in egregious activities with a retaliatory undercurrent. This law breaking method utilized by the Defendant was and is not necessary to achieve the objects of litigation and there is no strong connection and logical relation to the actions when fabrication and law breaking tactics are introduced under a Lawful Judicial Setting. The law breaking tactics occurred on February 16, 2023, April 22,2023 and July 26, 2023, (EXHIBITS 1,2 and 3)

On February 16, 2023 the Plaintiff received a hearing date for a Motion to Vacate previous ruling by Judge Lipner. The Defendant appeared on video for a Income and Expense Declaration Hearing. The Defendant opened the hearing with statement to Judge Lipner that the Plaintiff wasn't being truthful to the Court about his earning.Further introducing the envelope to the Plaintiff. The Plaintiff asked to see the letter when the Deputy Sheriff got the letter from the Defendant's client handed it to the Plaintiff. The Plaintiff immediately stated this envelope have been opened. The Plaintiff's name was the addressee and not the Defendant's Client.The Plaintiff read the 1099 statement and stated to the Court, "I don't know this clinic nor did I work there in 2022. There is a tremendous amount PPP fraud, I have a case with IRS".The envelope was postmarked  20 Jan 2023 PM 7 and the Plaintiff received the letter at 9:30 AM 16 February 2023. This clearly Tampering and Delaying US mail. This also prevented the Plaintiff from taking appropriate action. Thus violating the Plaintiff's Constitutional Rights.

(3)

On July 26, 2023 a Restraining Order request for extending this order was submitted by the Defendant. The Plaintiff was served in Judge Hernandez's Courtroom, where the plaintiff had another hearing. The request had only two exhibits (Police Report of Restraining Order Violation dated 6/20/2022,a alarm company statement of passcode reset and Petitioner's sworned declaration. The Defendant on July 26, 2023 when court was called to order, the Defendant gave Plaintiff black and white copies of clothing on the washing machine without date and time, a second black and white  copy of a folder taped to door of the Family home, again without date or time, a black and white copy of the Plaintiff sitting in the Family Home garage again no time or date, and a picture of the Plaintiff's back while in the Canteen at the V.A. Hospital again no time nor date. The Defendant's client was questioned about time and dates of the photographs  clearly stated,"I can't remember the dates and time I work so many hours" The Plaintiff presented time sheets to discredit the allegations, photographs, but was  partially reviewed by Judge Lipner since no dates of alleged violation were availabe to match Plaintiff's whereas about on the alleged violation dates. Judge Lipner kept saying there are a lot of cases today and quickly stated "I am extending the Restraining Order for five years, he didn't learn, he is suing everybody" The Plaintiff will be  83 years when he is permitted to enter the Family  Home that have 5 bedrooms and 3200 square feet and continue paying the mortgage payments. Plaintiff believes the action of Judge Lipner is retaliatory  due to Plaintiff's documented complaints.The Defendant eagerly stated that her client had erased the photographs on her phone and was unable to reproduce the pictures with dates and time. Again the same tactics used by Ms Brown the Petitioner's previous attorney. The Plaintiff ASK WHERE AM I? A 39 years of military service to America TWO WARS, 17 promotions and the LOVE FOR AMERICA.WHY CAN't THE PLAINTIFF RECEIVE JUSTICE? THE PLAINTIFF FILED A CASE IN US DISTRICT COURT JUNE 2022 THAT DISMISSED BECAUSE Magistrate Judge Patricia Donahue said Plaintiff inadequate showing of indigency, home valued at $450, 000.00.THE PLAINTIFF IS HOMELESS.Am I indigent enough now?

( 4 )

This was case number 2:22-cv-04180-SB-PDx
The Plaintiff was 18 years old in Viet Nam and 49 years old for the Gulf War and have a Military I.D. card that states (expiration Date Indefinite)

We stand guard for all of you to enjoy America and we ask that America LOVES US LIKE WE LOVE HER.

I. CAUSE OF ACTION

First Cause of Action

US MAIL TAMPERING AND DELAYING
AGAINST DEFENDANT MARCIA BREWER

The Defendant and each of them conspired against Plaintiff for unlawful reasons and thereby undertook measures to win. The Defendant knew or should have known about US Postal Laws that is enforced by the US government. The Defendant presented a mortgage statement to the court to mislead the court alledging the Plaintiff was behind in his mortgage payment. Clearly conspiracy to win. Plaintiff doesn't have to win his life have been full of blessings. The Defendant broke the law and I believe a jury will rule in favor of the Plaintiff.

REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. For back pay, front pay and other monetary relief according. to proof.

2. For general damages in the sum $39,000,000.00

3. For punitive damages in an amount appropriate to punish the defendant for her wrongful conduct and to set an example for others. To give respect to the Plaintiff who eagerly stood guard protecting our freedom.

4. For interest on the sum of damages awarded, calculated from April 22,2023 to be date of judgement.

5. For reasonable IN PRO PER fees/consultation pursuant to Government Code:12965(b).

6. For costs of suit herein incurred; and

7. For such other and further relief as the court deems proper

Dated: July 28, 2023

Signature

Name:Donald Ray Pierre,Sr (5)

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: JULY 28,, 2023

*Sign:*

*Print Name:* Donald Ray Pierre, In Pro Per

Plaintiff in pro per

(6)

Pro Se Clinic Form                    *Page Number*

PLAINTIFF'S EXHIBITS # 1,2,3,3A,3B,3C

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

PAYER'S name, street address, city or town, state or province, co..
or foreign postal code, and telephone no.

NEWBRIDGE HEALTHCARE, INC
9653 ALDER AVE
FONTANA, CA 92335

RECIPIENT'S name

DONALD R PIERRE

Street address (including apt. no.)

6 STONEGATE CIR

City or town, state or province, country, and ZIP or foreign postal c

PHILLIPS RANCH, CA 91766-4752

SN BERNARDINO CA   923

20 JAN 2023   PM 7   L



IMPORTANT TAX RETURN DOCUMENT ENCLOSED

*Exhibit 1*

91766-476206



RETURN RECEIPT REQUESTED

Lyre Gate Circle
mona, Ca 91766

**CERTIFIED MAIL**

7022 0430 0003 0457 5796

Donald R Pierre Sr
3345 S Diamond Bar Blvd #274
Diamond Bar, Calif
91765



U.S. POSTAGE PAID
FCM LG ENV
DIAMOND BAR, CA
91765
NOV 05 22
AMOUNT
$9.65
R2303910067I-28
1024
91765

Exhibit 1

**SUBP-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>**MARCIA J. BREWER APLC SBN 74208**<br>**LAW OFFICES OF MARCIA J. BREWER, APLC**<br>**301 N. PALM CANYON DR. #250**<br>**PALM SPRINGS, CA. 90230**<br>TELEPHONE NO.: **(310) 670-5325**   FAX NO.:<br>E-MAIL ADDRESS: **LAWOFFICESOFMARCIAJBREWER@GMAIL.**<br>ATTORNEY FOR *(Name)*: **PETITIONER** | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **LOS ANGELES**
STREET ADDRESS: **111 N. HILL ST.**
MAILING ADDRESS: **SAME**
CITY AND ZIP CODE: **LOS ANGELES, CA. 90012**
BRANCH NAME: **CENTRAL**

PLAINTIFF/PETITIONER: **ELIZABETH PIERRE**

DEFENDANT/RESPONDENT: **DONALD PIERRE**

| | |
|---|---|
| **DEPOSITION SUBPOENA**<br>**FOR PRODUCTION OF BUSINESS RECORDS** | CASE NUMBER:<br>**BD236138** |

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known)*:
**MORTGAGE FAMILY   888-820-6474   CUSTOMERCARE@MORTGAGEFAMILY.COM**

1.   **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

To *(name of deposition officer)*: **MARCIA J. BREWER**
On *(date)*: **6/1/2023**                    At *(time)*: **9:00 A.M.**
Location *(address)*: **301 N. PALM CANYON DR. #250  PALM SPRINGS, CA. 92262**
   Do not release the requested records to the deposition officer prior to the date and time stated above.

a. ☒ by delivering a true, legible, and durable **copy** of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. ☐ by delivering a true, legible, and durable **copy** of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. ☐ by making the **original** business records described in item 3 available for inspection at your business address by the attorney's representative and permitting **copying** at your business address under reasonable conditions during normal business hours.

2.   *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3.   The records to be produced are described as follows *(if electronically stored information is demanded, the form or forms in which each type of information is to be produced may be specified)*:

   ☐ Continued on Attachment 3.

4.   **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: **4-22-2023**
**MARCIA J. BREWER**

              (TYPE OR PRINT NAME)                                    ► _____
                                                                      (SIGNATURE OF PERSON ISSUING SUBPOENA)
PLAINTIFF'S EXHIBIT #2                                                 **ATTORNEY FOR PETITIONER**
                                                                      _____
              (Proof of service on reverse)                           (TITLE)                    **Page 1 of 2**

Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUBP-010 [Rev. January 1, 2012]   CEB Essential Forms   ceb.com   **DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**   Code of Civil Procedure, §§ 2020.410–2020.440;<br>Government Code, § 68097.1<br>www.courts.ca.gov

**ELZABETH PIERRE**

**Your monthly mortgage statement**    www.MortgageQuestions.com

Call toll free: 1-888-820-6474
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300



0087607 01 AB 0.425 **AUTO  T0 0 3368 91765-160724 -C05-P07212-I  5 .    RE    NZ1

DONALD R PIERRE
324 S DIAMOND BAR BLVD PMB 274
DIAMOND BAR, CA 91765-1607

---

Loan number: 7142672489
Payment Due Date: 5/1/2021

## Amount Due: $3,371.51

*If payment is received after 5/16/2021, a $43.04 late fee may be charged.*

**Statement Date:  4/6/2021**

## Account Information

| | |
|---|---|
| Property Address | 6 STONEGATE CIR POMONA, CA 91766 4752 |
| Outstanding Balance (not payoff amount) | $359,393.80 |
| Principal Balance (interest bearing) | $169,540.98 |
| Deferred Balance (non-interest bearing) | $189,852.82 |
| Current Interest Rate | 3.5500% |
| Prepayment Penalty | No |
| Escrow Balance | $1,434.69 |
| Suspense Balance | $0.00 |

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $420.63 | $1,133.62 |
| Interest | $502.80 | $1,511.57 |
| Escrow (Taxes and/or Insurance) | $878.63 | $2,635.89 |
| Fees | $118.92 | $118.92 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| Total | $1,920.98 | $5,400.00 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $360.38 |
| Interest | $500.50 |
| Escrow (Taxes and/or Insurance) | $771.12 |
| Optional Products/Other | $0.00 |
| Regular Monthly Payment | $1,632.00 |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $0.00 |
| Assessed Expenses | $0.00 |
| Past Due Payment(s) | $1,739.51 |
| Total Amount Due | $3,371.51 |

## Important Messages

You are currently due for the 4-1-2021 payment. Your last full payment was applied to the payment due 3-1-2021.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

## Transaction Activity

| Posted Date | Received/ Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Late Charges Shortages & Fees ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 03/18 | | Escrow Refund | $0.00 | $0.00 | -$245.03 | $0.00 | $0.00 | $0.00 | $245.03 |
| 03/18 | | County Tax LOS ANGELES COUNTY | $0.00 | $0.00 | -$3,456.57 | $0.00 | $0.00 | $0.00 | $3,456.57 |
| 03/29 | 03/27 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $1,800.00 | $0.00 | $1,800.00 |
| 03/29 | 03/27 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | -$1,920.98 | $0.00 | -$1,920.98 |
| 03/29 | 03/27 | Payment | $358.08 | $502.80 | $878.63 | $118.92 | $0.00 | $0.00 | $1,858.43 |
| 03/29 | 03/29 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/29 | 03/27 | Extra Principal | $62.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $62.55 |

Confirmation  4/30/2023
$ 1,699.13
1038679925

Page 1 of

EXHIBIT # 2

PLAINTIFF RECEIVED APRIL 22, 2023



PLAINTIFF EXHIBIT # 3

RECEIVED ON   JULY 26, 2023

2022

Pets Exh 7



#5
8aseen

PLAINTIFF # 3
EXHIBIT

RECEIVED ON JULY 26, 2023



IN store I wolk the
Halls Man my Job @
VA

2022

PLAINTIFF EXHIBIT # 3
RECEIVED JULY 26, 2023

Pet's Exh 6



PLAINTIFF EXHIBIT # 3
RECEIVED JULY 26, 2023

After I come Home From work
work 8 Hours Travel 4 Hours Total 12 Hr
this is What I See Donald R. Pierre Sr

Long hard
work day.

Me in my
Car Taken
a Picture

2 times



6 8⁰   2022   # 7

PLAINTIFF EXHIBIT # 3
RECEIVED JULY 26, 2023

Plts Exh 8



Plaintiff Exhibit #3    Received July 26, 2023

**FL-300**

| | | |
|---|---|---|
| **PARTY WITHOUT ATTORNEY OR ATTORNEY**<br>NAME: Donald Ray Pierre<br>FIRM NAME:<br>STREET ADDRESS: 324 S. Diamond Bar Blvd. # 274<br>CITY: Diamond Bar,   STATE: Ca.   ZIP CODE: 91765<br>TELEPHONE NO.: (909) 957-8361   FAX NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (name): IN Pro Per | STATE BAR NUMBER: | **FOR COURT USE ONLY** |

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**<br>STREET ADDRESS: 111 N. Hill Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, Calif.<br>BRANCH NAME: Stanley Mosk | **CONFORMED COPY**<br>**ORIGINAL FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>**NOV 09 2022**<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By Dalila S. Flintroy, Deputy |

PETITIONER: ~~Donald~~ Elizabeth Pierre
RESPONDENT: Donald Ray Pierre
OTHER PARENT/PARTY:

| | |
|---|---|
| **REQUEST FOR ORDER** ☐ **CHANGE** ☐ **TEMPORARY EMERGENCY ORDERS**<br><br>☐ Child Custody    ☐ Visitation (Parenting Time)    ☐ Spousal or Partner Support<br>☐ Child Support    ☐ Domestic Violence Order    ☐ Attorney's Fees and Costs<br>☐ Property Control    ☒ Other (specify): motion for Recusal | **CASE NUMBER:**<br><br>BD 236138 |

## NOTICE OF HEARING

1. TO (name(s)): Elizabeth Pierre
☒ Petitioner    ☐ Respondent    ☐ Other Parent/Party    ☒ Other (specify): Representing attorney

2. **A COURT HEARING WILL BE HELD AS FOLLOWS:**

a. Date: 2/2/2023    Time: 08:30    ☒ Dept.: 83    ☐ Room.:
b. Address of court ☒ same as noted above ☐ other (specify):

3. **WARNING to the person served with the *Request for Order:*** The court may make the requested orders without you if you do not file a *Responsive Declaration to Request for Order* (form FL-320), serve a copy on the other parties at least nine court days before the hearing (unless the court has ordered a shorter period of time), and appear at the hearing. *(See form FL-320-INFO for more information.)*

*(Forms FL-300-INFO and DV-400-INFO provide information about completing this form.)*

## COURT ORDER
**It is ordered that:**          (FOR COURT USE ONLY)

4. ☐ Time ☐ for service ☐ until the hearing is shortened. Service must be on or before (date):

5. ☐ A *Responsive Declaration to Request for Order* (form FL-320) must be served on or before (date):

6. ☐ The parties must attend an appointment for child custody mediation or child custody recommending counseling as follows (specify date, time, and location):

7. ☐ The orders in *Temporary Emergency (Ex Parte) Orders* (form FL-305) apply to this proceeding and must be personally served with all documents filed with this *Request for Order.*

8. ☐ Other (specify):

Date:

PLAINTIFF's EXHIBIT 3A

Judge Lipner refused to be removed from case          JUDICIAL OFFICER

Form Adopted for Mandatory Use
Judicial Council of California
FL-300 [Rev. July 1, 2016]    **REQUEST FOR ORDER**    Page 1 of 4

Family Code, §§ 2045, 2107, 6224,
6226, 6320–6326, 6380–6383;
Government Code, § 26826
Cal. Rules of Court, rule 5.92
www.courts.ca.gov

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DONALD RAY PIERRE,

|  |  |
|---|---|
| **PLAINTIFF(S)** | CASE NUMBER<br><br>2:22-cv-04180-SB-PDx |

v.

KAREN BROWN, et al.,

| | |
|---|---|
| **DEFENDANT(S)** | **ORDER RE REQUEST TO PROCEED**<br>***IN FORMA PAUPERIS*** |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby **GRANTED**.

_____            _____
Date                                                                    United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☒ Inadequate showing of indigency        ☒ District Court lacks jurisdiction
- ☐ Legally and/or factually patently frivolous        ☐ Immunity as to _____
- ☒ Other:  Plaintiff failed to respond fully to Question 1(b) on the IFP Request.  Plaintiff has also listed a home valued at $450,000.

Comments:
See attached decision.

June 23, 2022                                                Patricia Donahue
Date                                                                    United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ **GRANTED**
- ☒ **DENIED** (see comments above).  **IT IS FURTHER ORDERED** that:
    - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
    - ☒ This case is hereby DISMISSED immediately.
    - ☐ This case is hereby REMANDED to state court.

(EHIBIT 3B)

June 24, 2022                                                _____
Date                                                                    United States District Judge

CV-73 (08/16)                    ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*





(Exhibit 3B)

**State of California**
**Commission on Judicial Performance**
455 Golden Gate Avenue, Suite 14400
San Francisco, CA 94102-3660
(415) 557-1200
Fax (415) 557-1266
Website: http://cjp.ca.gov

May 22, 2023

Donald Pierre, Sr.
324 S. Diamond Bar Blvd., #274
Diamond Bar, CA 91765

Dear Donald Pierre:

This letter is to acknowledge receipt of your recent complaint against a California judge(s). We appreciate your time and effort in bringing this matter to the commission's attention. We are presently reviewing this information and, if further information is needed, you will be contacted. You will be advised in writing, at a later date, of the commission's action in this matter.

To give you some information about the process, each complaint about a judge is voted upon by the commission. When a complaint states facts which could be misconduct, if the facts are true and there is not another explanation for what happened, the commission typically opens an investigation. The commission's staff will interview witnesses, review documents or files and conduct other investigation. If there is sufficient evidence supporting the complaint, the judge will be contacted and asked to respond to the allegations. The commission then reviews the available evidence, and the judge's response if the judge was contacted, to make a determination whether misconduct has occurred. Misconduct must be established by clear and convincing evidence, a higher standard than is required in civil cases but lower than in criminal cases. If the evidence does not support a finding of misconduct, the commission will close the case. The commission may also close the case if the misconduct was relatively minor and the judge has acknowledged the problem and taken steps to prevent it from happening again. If the evidence supports a finding of misconduct and the commission determines that discipline may be appropriate, the commission may proceed to impose discipline.

It may also be helpful to explain that the Commission on Judicial Performance is not a court. It does not have the authority to reverse a judge's decision, move your case to another department or court, disqualify a judge or otherwise get involved in your case. The commission's role is limited to reviewing allegations of judicial misconduct. A judge's legal rulings and discretionary decision-making, without more, are not a basis for review by the commission. Even if a judge's decision is later determined by an appellate court to be legally

Exhibit 3c

Donald Pierre, Sr.
May 22, 2023
Page Two

incorrect, that by itself is not a violation of the Code of Ethics and is not misconduct.  A judge's legal error might be a basis for investigation by this commission if there is sufficient evidence of bad faith, bias, abuse of authority, disregard for fundamental rights, intentional disregard of the law or any purpose other than the faithful discharge of judicial duty.

Lastly, our office is not able to provide legal advice.  If you wish to determine what legal avenues are available to you, you might consider contacting an attorney or legal services provider to see if they can help you.

Very truly yours,

*Mary Harvey*

Mary Harvey
Secretary to Staff Counsel

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102

Exhibit 3c